Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUN THEM SWEET, LLC, a California limited liability company, on behalf of themselves and those similarly situated,<br><br>      Plaintiff(s),<br>  v.<br>CPA GLOBAL LIMITED, a foreign entity formed under the laws of the Island of Jersey, Channel Islands, and CPA GLOBAL NORTH AMERICA, LLC, a Delaware limited liability company,<br>      Defendant(s). | Case No: 16-cv-03662<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER<br>(CIVIL LOCAL RULE 11-3) |

 I, Adam R. Gonnelli, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Run Them Sweet, LLC in the above-entitled action. My local co-counsel in this case is Geoffrey A. Neri, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 685 Third Avenue, 26th Floor<br>New York, NY 10017 | 11766 Wilshire Blvd., Suite 1670<br>Los Angeles, CA 90025 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 983-9330 | (310) 593-9890 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| agonnelli@faruqilaw.com | geoff@bnsklaw.com |

 I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2901361.

 A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

 I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

 *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/05/16                 Adam R. Gonnelli
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

 IT IS HEREBY ORDERED THAT the application of Adam R. Gonnelli is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 6, 2016

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                        *October 2012*