PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
GRANT C. SCHRADER (CA SBN 273498)
GSchrader@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
CPA GLOBAL NORTH AMERICA, LLC, AND CPA
GLOBAL LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUN THEM SWEET, LLC, a California limited liability company, on behalf of themselves and those similarly situated, | Case No.    3:16-cv-03662-LB |
| | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| Plaintiff, | |
| v. | |
| CPA GLOBAL LIMITED, a foreign entity formed under the laws of the Island of Jersey, Channel Islands, and CPA GLOBAL NORTH AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1       Pursuant to Local Rule 6-1(a), plaintiff Run Them Sweet, LLC ("Plaintiff"), and

2  defendants CPA Global North America, LLC, and CPA Global Limited (collectively,

3  "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

4       WHEREAS, Plaintiff filed its Complaint in this case on June 29, 2016, and served the

5  Complaint on CPA Global North America, LLC, on July 1, 2016;

6       WHEREAS, Defendants' counsel accepted service of the Complaint on behalf of CPA

7  Global Limited on July 18, 2016;

8       WHEREAS, CPA Global North America, LLC's and CPA Global Limited's deadlines to

9  respond to the Complaint are July 22, 2016, and August 8, 2016, respectively;

10       WHEREAS, the parties have agreed that Defendants shall have additional time to respond

11  to the Complaint;

12       WHEREAS, there have been no previous modifications of any deadlines in this case, and

13  the stipulated extension does not affect any other existing date or deadline;

14       IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that

15  Defendants shall have to and including September 6, 2016, to answer or otherwise respond to the

16  Complaint.

17     //

18     //

19     //

20     //

21     //

22     //

23     //

24     //

25     //

26     //

27

28

1   Dated: July 20, 2016                    PENELOPE PREOVOLOS
                                            GRANT C. SCHRADER
2                                           MORRISON & FOERSTER LLP

3

4                                           By:    /s/ Grant C. Schrader
                                                      Grant C. Schrader
5

6                                           Attorneys for Defendant
                                            CPA GLOBAL NORTH AMERICA,
7                                           LLC AND CPA GLOBAL LIMITED

8   Dated: July 20, 2016                    ETHAN J. BROWN
                                            GEOFFREY A. NERI
9                                           BROWN, NERI, SMITH & KHAN LLP

10

11                                          By:    /s/ Geoffrey A. Neri
                                                      Geoffrey A. Neri
12

13                                          Attorneys for Plaintiff
                                            RUN THEM SWEET, LLC
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
Case No. 3:16-cv-03662-LB                                                    1
sf-3674320

1

## ECF ATTESTATION

2          I, Grant C. Schrader, am the ECF user whose ID and password are being used to file this:

3          **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

4
5          In compliance with Civil Local Rule 5-4.3.4, I hereby attest that Geoffrey A. Neri concurs
6   in this filing's content and has authorized the filing.

7   Dated: July 20, 2016                          MORRISON & FOERSTER LLP

8
9                                          By:    /s/ Grant C. Schrader
10                                                Grant C. Schrader

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28